Note: Change Made by Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br>Plaintiff, <br><br>v. <br><br>BEZAIRE ELECTRIC, INC. dba ICON BUILDERS, a California corporation; ICON COMMERCIAL CONTRACTORS, INC. dba ICON BUILDERS, a California corporation; ICON PROFESSIONAL BUILDING COMPANY, LLC, an Arizona limited liability company, <br><br>Defendants. | Case No.  2:22-cv-03674-JFW-Ex <br><br>**PRELIMINARY INJUNCTION** |

/ / /

To Defendant ICON Commercial Contractors, Inc. ("Defendant") and their attorneys of record:

Defendant and its employees, agents, and persons acting with it or on its behalf is HEREBY RESTRAINED AND ENJOINED from:

(1) Transferring, disposing, releasing, assigning and/or otherwise dissipating any funds, proceeds or distributions received, or to which it is entitled to receive, as a result of Defendant's membership interest in MFIB, LLC, a Delaware limited liability company ("MFIB");

(2) Transferring, assigning and/or selling its membership interest in MFIB, except for (a) fair value, or (b) in accordance with Paragraph 9.4 of MFIB's Operating Agreement, dated August 4, 2017, which provides that each Unit shall be equal to three times MFIB's EBITDA for the twelve months immediately preceding the exercise of the Purchase Right divided by the total number of Units outstanding; and

(3) Taking any action that diminishes or might diminish the value of Defendant's membership interest in MFIB.

This Preliminary Injunction shall be effective pending the trial of this action or further order of this Court.

Per the Stipulation of the Parties, no undertaking is required for this Preliminary Injunction.

**IT IS SO ORDERED.**

DATED: August 4, 2022

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE